### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS AT AUSTIN

| | |
|---|---|
| MICHAEL CHAD BLACK, on behalf of himself and others similarly situated, | : :  CIVIL ACTION FILE NO. |
| Plaintiff, | : :  1:24-cv-1323 |
| v. | : : |
| IDEAL CONCEPTS, INC. | :  **MOTION TO STRIKE** |
| Defendant. | : : : : |

Plaintiff Michael Chad Black ("Plaintiff") (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, moves to strike the document erroneously filed as ECF No. 5, a Motion for Admission *Pro Hac Vice* of Anthony Paronich, and replace it with the motion attached herein as Exhibit A. Mr. Paronich also sought admission in the case *Gonzalez v. American-Amicable Life Insurance Company of Texas*, and used the form in that case to seek admission *pro hac vice* in this case. Undersigned counsel erroneously uploaded the wrong document and now desires the corrected document be filed.

RESPECTFULLY SUBMITTED AND DATED this November 5, 2024.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 5th day of November, 2024.

By: */s/ Andrew Roman Perrong*