IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
November 18, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

Michael Chad Black, individually and on behalf of all others similarly situated,

-vs-

Ideal Concepts, Inc.

Case No. 1:24-cv-01323

## ORDER

BE IT REMEMBERED on this the __18th__ day of __November__, 20__24__, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by __Anthony Paronich__ ("Applicant"), counsel for __Michael Chad Black__ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __Michael Chad Black__ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the __18th__ day of __November__ 20__24__.

UNITED STATES DISTRICT JUDGE