AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| Michael Chad Black | ) |  |  |
|---|---|---|---|
| *Plaintiff* | ) |  |  |
| v. | ) | Case No. | 1:24-cv-1323 |
| Ideal Concepts, Inc. | ) |  |  |
| *Defendant* | ) |  |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ideal Concepts, Inc.

Date:   12/16/2024

/s/ Allyson Cady
*Attorney's signature*

Allyson Cady (0098830)
*Printed name and bar number*

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
*Address*

acady@beneschlaw.com
*E-mail address*

(216) 363-4500
*Telephone number*

(216) 363-4588
*FAX number*