# EXHIBIT A



Corporations ▾    Search Business Entities (corpsearch.aspx)    Search UCC Transactions (uccsearch.aspx)    Forms ▾

Contact Corporations (http://www.dos.pa.gov/BusinessCharities/Pages/default.aspx)    Login (../Account/ValidateUser)

Register (../Account/Register_account)

Search entity / Select entity / **Order documents**

# Order Business Documents

**Date**: 01/05/2017

### Business Name History

| Name | Name Type |
|---|---|
| IDEAL CONCEPTS, INC. | Current Name |

### Business Entity Details

| | |
|---|---|
| Name | IDEAL CONCEPTS, INC. |
| Entity Number | 3701057 |
| Entity Type | Business Corporation |
| Status | Active |
| Citizenship | Domestic |
| Entity Creation Date | 01/17/2007 |
| Effective Date | 01/17/2007 |
| State Of Inc | PA |
| Address | 813 Lynn Avenue Bethlehem PA 18015 Northampton |

### Officers

| | |
|---|---|
| Name | JOHN P PEQUENO |
| Title | PRESIDENT |
| Address | 667 UNION BLVD ALLENTOWN PA 18109-3249 |

### Filed Documents

The information presented below is for your reference. To place an order you will need to log in. If you do not have a PENN File account, you may register for an account by clicking here (/Account/Register_account).

Show 25 entries    Filter Records

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | Microfilm End | Link To |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 01/17/2007 | ARTICLES OF INCORPORATION 1 | 2 | 1 | $3.00 | 0 | $40.00 | | | | |

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | Microfilm End | Li To |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 01/04/2008 | DOMESTIC - CHANGE OF REGISTERED OFFICE 2 | 2 | 1 | $3.00 | 0 | $40.00 | | | | |
| Showing 1 to 2 of 2 entries | | | | | | | | Previous | 1 | Next | |
| ☐ | All Dates | All Certified Copies | 4 | Quantity # | 1 | | $52.00 | | | | |

### Certified Documents

| Select | Date | Document | Pages | Quantity# | Price | | Line Total |
|---|---|---|---|---|---|---|---|
| ☐ | 01/05/2017 | Subsistence Certificate | 1 | 1 | $40.00 | | |
| ☐ | 01/05/2017 | Index and Docketing Report | 1 | 1 | $15.00 | | |
| ☐ | 01/05/2017 | Index and Docketing Certified Report | 1 | 1 | $55.00 | | |

**Order Total :**

<< Back to Search Results     Login