### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| MICHAEL CHAD BLACK, *on behalf of himself and others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>IDEAL CONCEPTS, INC.,<br><br>    Defendant. | Case No. 1:24-cv-1323 |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff Michael Chad Black ("Plaintiff") respectfully requests an extension of time of 30 days, up to and including March 31, 2025, for Plaintiff to respond to, and oppose, Defendant's Motion to Dismiss, or, in the Alternative, to Certify Pursuant to 28 U.S.C. § 1292(b) ("Defendant's Motion").

In support thereof, Plaintiff states the following:

1. Plaintiff commenced this action on October 31, 2024. (Dkt 1.)

2. Plaintiff alleges a single claim pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq., stemming from the alleged receipt of unsolicited telephone calls to a cellular telephone number registered on the national do-not-call registry. (*Id*.)

3. On December 16, 2024, Defendant Ideal Concepts, Inc. ("Defendant"), filed an appearance. (Dkt. 9.)

4. After the parties exchanged some preliminary information relating to the calls at issue, Defendant sought a 45-day extension to respond to Plaintiff's Complaint. Plaintiff agreed.

1

5. On December 16, 2024, the parties filed a joint motion requesting this Court extend Defendant's response date to February 14, 2025. (Dkt. 10.) This Court granted the parties' request for an extension of time for Defendant to respond to Plaintiff's Complaint on December 17, 2024. (Dkt. 11.)

6. On February 13, 2025, Defendant filed a Motion to Dismiss, or in the Alternative, Motion for Certificate of Appealability, arguing do-not-call regulations do not apply to cellular telephones. (Dkt. 14.)

7. Plaintiff's response to Defendant's Motion is due February 27, 2025.

8. Due to the complexity of the motion, Plaintiff needs additional time to confer with counsel, investigate Defendant's arguments, and formulate a proper response.

9. Defendant consents to this extension.

10. This extension request is made in good faith and not for the purpose of delay. The requested extension will not prejudice any party.

DATED: February 21, 2025                                  Respectfully submitted,

/s/ Anthony I. Paronich                                   Glenside, PA 19038
Anthony I. Paronich                                       Tel: 215-225-5529
Paronich Law, P.C.                                        Fax: 888-329-0305
350 Lincoln St., Suite 2400                               Email: a@perronglaw.com
Hingham, MA 02043
Tel: 617-485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com

/s/ Andrew Roman Perrong
Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Avenue

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL CHAD BLACK, *on behalf of himself and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>IDEAL CONCEPTS, INC.,<br><br>Defendant. | Case No. 1:24-cv-1323 |

### [PROPOSED] ORDER

Now before the Court is Plaintiff Michael Chad Black's Unopposed Motion for Extension for Time to Respond to Defendant's Motion to Dismiss, or, in the Alternative, to Certify Pursuant to 28 U.S.C. § 1292(b). It is hereby ORDERED and DECREED that:

1. For good cause shown, Plaintiff's Unopposed Motion for Extension of Time is granted. The Court extends Plaintiff's deadline to respond to Defendant's Motion by thirty (30) days, up to an including March 31, 2025.

_____

United States District Judge