IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
March 11, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

**MICHAEL CHAD BLACK, on behalf of himself and others similarly situated,**

-vs-

Case No. **1:24-cv-1323**

**IDEAL CONCEPTS, INC.**

### ORDER

BE IT REMEMBERED on this the **10th** day of **March**, 20**25**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Mark S. Eisen** ("Applicant"), counsel for **Ideal Concepts, Inc.** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Ideal Concepts, Inc.** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **11th** day of **March** 20**25**.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE