**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| MICHAEL CHAD BLACK, *on behalf of himself and others similarly situated*, | § § § | |
| Plaintiffs, | § § | Case No. 1:24-cv-1323-ADA |
| v. | § § | |
| IDEAL CONCEPTS, INC., | § § | |
| Defendant. | § § § | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant Ideal Concepts, Inc.'s Motion for Oral Argument, it is hereby ORDERED and DECREED that:

(1) Oral argument on Defendant's Motion to Dismiss Plaintiff's Class Action Complaint (Dkt. 14) is hereby set for _____, 2025.

_____

UNITED STATES DISTRICT JUDGE