# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MICHAEL CHAD BLACK, *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>IDEAL CONCEPTS, INC.,<br><br>Defendant. | Case No. 1:24-cv-1323 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

DATED:  October 20, 2025                             Respectfully submitted,

| | |
|---|---|
| /s/ *Anthony I. Paronich* | /s/ *Mark S. Eisen* |
| Anthony I. Paronich<br>Paronich Law, P.C.<br>350 Lincoln St., Suite 2400<br>Hingham, MA 02043<br>Tel: 617-485-0018<br>Fax: 508-318-8100<br>Email: anthony@paronichlaw.com<br><br>Andrew Roman Perrong<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>Tel: 215-225-5529<br>Fax: 888-329-0305 | Allyson R. Cady<br>acady@beneschlaw.com<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>127 Public Square, Suite 4900<br>Cleveland, OH 44114-1284<br>Telephone: 216-363-4500<br>Facsimile: 216-363-4588<br><br>Mark S. Eisen (admitted *pro hac vice*)<br>meisen@beneschlaw.com<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |

Email: a@perronglaw.com

*Counsel for Plaintiff*

71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Ideal Concepts, Inc.*