UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Michael Chad Black,** | § | |
| **Plaintiff,** | § | |
| v. | § | CIVIL NO. 1:24-CV-1323-ADA |
| **Ideal Concepts, Inc.,** | § | |
| **Defendant.** | § | |

**O R D E R**

Plaintiff and Defendant stipulated to the dismissal of this action with prejudice pursuant to FRCP 41(a)(1). ECF No. 29. The putative class claims are dismissed without prejudice. *Id.* The Clerk of Court is requested to **CLOSE** the case.

**SIGNED** this 21st day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE